# EXHIBIT A

# PEACE BIRD TRADING CORP
# CONTRACT

CONTRACT NO: NLF20170218  
DATE: FEB.10TH, 2017

买方(BUYER): PEACE BIRD TRADING CORP  
地址(ADDRESS): 1441 65TH ST BROOKLYN, NY 11219 USA  
联系人(CONTACT PERSON): SOM P EASTERN H.G.  
税号(TAX ID):  
电话(TEL): +1(212)2892142

卖方(SELLER): XIAMEN ITG GROUP CORP., LTD  
地址(ADDRESS): 8-18F, GUOMAO BUILDING, HUBIN SOUTH ROAD, XIAMEN CITY, CHINA  
联系人(CONTACT PERSON): 柏卫民/沈良燕  
电话(TEL): +86-13065585718

1. 兹经买卖双方同意成交本列商品订立条款如下:  
It's agreed by bothe parties to trade the following commodities with the following terms:

| 货物名称Description | Our Reference No. | Container # | Quantity (KGS) Per Container | Total Quantity (KGS) | Unit Price (USD) | Amount USD |
|---|---|---|---|---|---|---|
| RAYON SPANDEX, 克重(Weight):145克/平方米 (145g/square meter), 4.31米/公斤(4.31m/kg), 门幅(Width):160厘米(160cm), 成分(Composition):96%人棉,4%氨纶 (96%rayon, 4%spandex) | | | 24,000KG/40"HQ | 3 containers of 40"HQ | CIF Mexico City, Mexico Pantaco Via prot of MANZANLLIO or LAZARO CARDENAS | |
| IVORY | | C#RY1058-1060 | 2400 | 7200 | $ 4.400 | $31,680.00 |
| NEGRO | | C#RY1058-1060 | 4800 | 14400 | $ 4.400 | $63,360.00 |
| MARINO | | C#RY1058-1060 | 1800 | 5400 | $ 4.400 | $23,760.00 |
| AMARILLO | | C#RY1058-1060 | 1800 | 5400 | $ 4.400 | $23,760.00 |
| LT MENTA | | C#RY1058-1060 | 1200 | 3600 | $ 4.400 | $15,840.00 |
| MELON | | C#RY1058-1060 | 1200 | 3600 | $ 4.400 | $15,840.00 |
| LT OLIVE | | C#RY1058-1060 | 1800 | 5400 | $ 4.400 | $23,760.00 |
| CORAL STRAWBERRY | | C#RY1058-1060 | 1800 | 5400 | $ 4.400 | $23,760.00 |
| ARENA | | C#RY1058-1060 | 1200 | 3600 | $ 4.400 | $15,840.00 |
| ROJO | | C#RY1058-1060 | 1800 | 5400 | $ 4.400 | $23,760.00 |
| BLANCO | | C#RY1058-1060 | 1200 | 3600 | $ 4.400 | $15,840.00 |
| DENIM | | C#RY1058-1060 | 600 | 1800 | $ 4.400 | $7,920.00 |
| REY | | C#RY1058-1060 | 1200 | 3600 | $ 4.400 | $15,840.00 |
| FIUSHA | | C#RY1058-1060 | 1200 | 3600 | $ 4.400 | $15,840.00 |
| Total | | | | 72000 | | $316,800.00 |

2、 交货地点及时间 （PLACE & DATE OF DELIVERY）:
CIF MEXICO CITY ,MEXICO via port of MANZANLLLO or LAZARO CARDENAS.
C#RY1058必须在2017年3月30日前离开中国口岸， C#RY1059/RY1060必须在2017年4月15日前离开中国口岸。
The containers of C#RY1058 must depart form any port of CHINA before Mar.30th,2017,
The containers of C#RY1059/RY1060 must depart form any port of CHINA before Apr.15.th,2017,

3、 运费（FREIGHT CHARGE TERMS）:
预付运费到达目的港： 墨西哥城 （PREPAID TO MEXICO CITY,MEXICO）

4、 包装（PACKING）: 用塑料袋（最好中间有小孔镂空）包装，每卷两侧贴标签，标识的重量和米数按照4.31米/公斤计算。
SEAL WITH PLASTIC AND LABEL FOR BOTH SIDE OF THE EACH ROLL. COUNT 4.31M/KG TO MARK ON THE LABEL.

5、 文件要求（DOCUMENTS REQUIREMENTS）:
每个货柜需要单独的商业发票，装箱单和提单
EACH CONTAINER HAS TO COME WITH INDIVIDUAL COMMERCIAL INVOICE,PACKING LIST AND BILL OF LADING.

6、 付款条件（TERMS OF PAYMENT）:
OA 180days.

7、 数量(QTY):
72,000 kilograms
ALLOWANCE +/-5% MORE OR LESS OF QUANTITIES

8、 Any claim should be lodged by the buyers within 10days after having discharged the goods at the port of destination.
After garments cutting no claim.

9、 Arbitration: Any dispute, controversy or claim arising out of or relating to this contract, or the breach, termination or invalidity thereof, shall be settled amicably through negotiation. In case no settlement can be reached between the two parties, the case shall be submitted for arbitration to China International Economic and Trade Arbitration Commission in Beijing in accordance with its Arbitration Rules. The tribunal shall be composed of three arbitrators. Each party shall nominate one arbitrator and jointly nominate the third arbitrator who shall act as the presiding arbitrator. Where the parties have failed to nominate the third arbitrator, the third arbitrator shall be appointed by the chairman of CIETAC. The presiding arbitrator shall not be a lawyer in practice. The arbitrary award shall be accepted as final and binding upon both parties. The arbitration fee shall be borne by the losing party.

10、 PI and order after sign no cancellance, if buyer cancel should pay all Seller's cost, if Seller cancel are same.

11、 Notice
Any notice under this agreement must be in writing  by registered email as following:
Buyer's: email "fengxu88888@gmail.com"
Seller's: email <mubai52639 <mubai52639@aliyun.com>;  downy <downy@itg.com.cn>;   964895151@qq.com

买方签章                                                               卖方签章
BUYER'S SIGNATURE                                                      SELLER'S SIGNATURE



# COMMERCIAL INVOICE

**ISSUER:**
XIAMEN ITG GROUP CORP., LTD
8-18F, GUOMAO BUILDING, HUBIN SOUTH ROAD
XIAMEN, CHINA ZIP CODE: 361000
TAX ID: 913502001550054395
TEL/FAX: 0592-5161888

**TO:**
JACE IMPORTACIONES S.A. DE C.V.
CALLE PLAZA BUENAVISTA NUMERO 2 INTERIOR 304-305,
COLONIA BUENAVISTA DELEGACION CUAUHTEMOC, C.P. 06350 MEXICO D.F.
R.F.C.: JIM150410 7KA
ATTN: JOSE SALAZAR +52(55) 4336 3220
JACEIMPORT@OUTLOOK.COM

**INVOICE NO.:** 17291YFM08N    **DATE:** MAY. 23, 2017

**S/C NO:** NLF20170218

**TRANSPORT DETAILS:**
FROM NINGBO, CHINA TO MEXICO CITY, MEXICO

**TERMS OF PAYMENT:**
OA 180 DAYS

| MARKS & NO. | DESCRIPTION | QUANTITY(KGS) | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| C#RY1058 | FABRICS-TEXTILE<br>RAYON SPANDEX<br>WEIGHT: 145GSM<br>WIDTH: 160CM,<br>COMPOSITION: 96%RAYON, 4%SPANDEX | 21966.70KGS | CIF MEXICO CITY, MEXICO<br>USD4.40/KG | US$96,653.48 |
| | | 21966.70KGS | | US$96,653.48 |

**TOTAL:**   PACKAGE: 985 ROLLS    G.W.: 22200 KGS    N.W.: 21966.7 KGS

SAY U.S. DOLLARS NINETY SIX THOUSAND SIX HUNDRED AND FIFTY THREE AND CENTS FORTY EIGHT ONLY

**VESSEL NAME & VOYAGE NO.:** MANZANILLO EXP 721E
**DATE OF SHIPMENT:**

厦门国贸集团股份有限公司
XIAMEN ITG GROUP CORP., LTD.



# PEACE BIRD TRADING CORP
# CONTRACT

**CONTRACT NO: NLF201702220**　　　　　　　　　　　　　　　　　　　　**DATE: FEB.10TH, 2017**

买方(BUYER): PEACE BIRD TRADING CORP
地址(ADDRESS): 144 187TH ST BROOKLYN, NY 11219 USA
联系人(CONTACT PERSON): EASTERN H.G.
税号 (TAX ID): 26-2852142 2008
电话(TEL): +1(212)9494846

卖方(SELLER): XIAMEN ITG GROUP CORP., LTD
地址(ADDRESS): 8-18F, GUOMAO BUILDING, HUBIN SOUTH ROAD, XIAMEN CITY, CHINA
联系人(CONTACT PERSON): 柏卫民/沈良燕
电话(TEL): +86-13065585718

1. 兹经买卖双方同意成交下列商品订立条款如下:
   It's agreed by bothe parties to trade the following commodities with the following terms:

| 货物名称Description | Our Reference No. | Container # | Quantity (KGS) Per Container | Total Quantity (KGS) | Unit Price | Amount |
|---|---|---|---|---|---|---|
| RAYON SPANDEX, 克重(Weight):145克/平方米 (145g/square meter), 4.31米/公斤(4.31m/kg) 门幅(Width):160厘米(160cm), 成分(Composition):96%人棉, 4%氨纶 (96%rayon, 4%spandex) | | | 24,000KG/40"HQ | 4 containers of 40"HQ | CIF Mexico City, Mexico Pantaco Via prot of MANZANLLIO or LAZARO CARDENAS | USD |
| NEGRO | | C#RY1066-1069 | 6000 | 24000 | $ 4.500 | $108,000.00 |
| MARINO | | C#RY1066-1069 | 1800 | 7200 | $ 4.500 | $32,400.00 |
| HUESO | | C#RY1066-1069 | 3000 | 12000 | $ 4.500 | $54,000.00 |
| BLANCO | | C#RY1066-1069 | 1200 | 4800 | $ 4.500 | $21,600.00 |
| ROJO | | C#RY1066-1069 | 2400 | 9600 | $ 4.500 | $43,200.00 |
| REY | | C#RY1066-1069 | 2400 | 9600 | $ 4.500 | $43,200.00 |
| CORAL | | C#RY1066-1069 | 1800 | 7200 | $ 4.500 | $32,400.00 |
| FIUSHA | | C#RY1066-1069 | 1800 | 7200 | $ 4.500 | $32,400.00 |
| JADE | | C#RY1066-1069 | 1200 | 4800 | $ 4.500 | $21,600.00 |
| JASPE PERLA | | C#RY1066-1069 | 1800 | 7200 | $ 4.500 | $32,400.00 |
| JASPE AVENA | | C#RY1066-1069 | 600 | 2400 | $ 4.500 | $10,800.00 |
| Total | | | | 96000 | | $432,000.00 |

2. 交货地点及时间（PLACE & DATE OF DELIVERY):
   CIF MEXICO CITY, MEXICO via port of MANZANLLIO or LAZARO CARDENAS.
   C#RY1066-RY1067必须在2017年4月22日前离开中国口岸，C#RY1068-RY1069必须在2017年04月30日前离开中国口岸。

The containers of C#RY1066-RY1067 must depart form any port of CHINA before Apr.22nd,2017,
The containers of C#RY1068-RY1069 must depart form any port of CHINA before Apr.30th,2017.

3、 运费（FREIGHT CHARGE TERMS）：
预付运费到达目的港：墨西哥城（PREPAID TO MEXICO CITY, MEXICO）

4、 包装（PACKING)：用塑料袋（最好中间有小孔镂空）包装，每卷两侧贴标签，标识的重量和米数按照4.31米/公斤计算。
SEAL WITH PLASTIC AND LABEL FOR BOTH SIDE OF THE EACH ROLL. COUNT 4.31M/KG TO MARK ON THE LABEL.

5、 文件要求（DOCUMENTS REQUIREMENTS)：
每个货柜需要单独的商业发票，装箱单和提单
EACH CONTAINER HAS TO COME WITH INDIVIDUAL COMMERCIAL INVOICE,PACKING LIST AND BILL OF LADING.

6、 付款条件（TERMS OF PAYMENT)：
OA 180days.

7、 数量(QTY)：
96,000 kilograms
ALLOWANCE +/-5% MORE OR LESS OF QUANTITIES

8、 Any claim should be lodged by the buyers within 10days after having discharged the goods at the port of destination.
After garments cutting no claim.

9、 Arbitration: Any dispute, controversy or claim arising out of or relating to this contract, or the breach, termination or invalidity thereof, shall be settled amicably through negotiation. In case no settlement can be reached between the two parties, the case shall be submitted for arbitration to China International Economic and Trade Arbitration Commission in Beijing in accordance with its Arbitration Rules. The tribunal shall be composed of three arbitrators. Each party shall nominate one arbitrator and jointly nominate the third arbitrator who shall act as the presiding arbitrator. Where the parties have failed to nominate the third arbitrator, the third arbitrator shall be appointed by the chairman of CIETAC. The presiding arbitrator shall not be a lawyer in practice. The arbitrary award shall be accepted as final and binding upon both parties. The arbitration fee shall be borne by the losing party.

10、 PI and order after sign no cancellation, if buyer cancel should pay all Seller's cost, if Seller cancel are same.

11、 Notice
Any notice under this agreement must be in writing  by registered email as following:
Buyer's: email "fengxu88888@gmail.com"
Seller's: email: mubai52639<mubai52639@aliyun.com>;  downy <downy@itg.com.cn>;  964895151@qq.com

买方签章
BUYER'S SIGNATURE

卖方签章
SELLER'S SIGNATURE

# COMMERCIAL INVOICE

**ISSUER:**
XIAMEN ITG GROUP CORP., LTD
8-18F, GUOMAO BUILDING, HUBIN SOUTH ROAD,
XIAMEN, CHINA ZIP CODE: 361000
TAX ID: 913502001550054395
TEL/FAX: 0592-5161888

**TO:**
JACE IMPORTACIONES S.A. DE C.V.
CALLE PLAZA BUENAVISTA NUMERO 2 INTERIOR 304 305,
COLONIA BUENAVISTA DELEGACION CUAUHTEMOC, C.P. 06350 MEXICO D.F.
R.F.C.: JIM150410 7KA
ATTN: JOSE SALAZAR +52(55) 4336 3220
JACE.IMPORT@OUTLOOK.COM

**INVOICE NO.:** 17292YFM08P
**DATE:** MAY. 25, 2017
**S/C NO:** NLF20170220

**TRANSPORT DETAILS:** FROM NINGBO, CHINA TO MEXICO CITY, MEXICO

**TERMS OF PAYMENT:** OA 180 DAYS

| MARKS & NO. | DESCRIPTION | QUANTITY (KGS) | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | FABRICS-TEXTILE | CIF MEXICO CITY, MEXICO | | |
| C#RY1066 | RAYON SPANDEX<br>WEIGHT: 145GSM<br>WIDTH: 160CM,<br>COMPOSITION: 96%RAYON, 4%SPANDEX | 22041.00KGS | USD4.40/KG | US$96,980.40 |
| **TOTAL:** | PACKAGE: 1000 ROLLS    G.W.: 22400 KGS | 22041.00KGS    N.W.: 22041 KGS | | US$96,980.40 |

SAY U.S. DOLLARS NINETY SIX THOUSAND NINE HUNDRED AND EIGHTY AND CENTS FORTY ONLY

VESSEL NAME & VOYAGE NO.: BARBARA / 721E
DATE OF SHIPMENT: MAY 28, 2017



厦门国贸集团股份有限公司
XIAMEN ITG GROUP CORP., LTD

王利芳

# PEACE BIRD TRADING CORP
## CONTRACT

**CONTRACT NO: NLF20170220**                                DATE: FEB.10TH, 2017

买方(BUYER): PEACE BIRD TRADING CORP
地址(ADDRESS): 1441 67TH ST BROOKLYN, NY 11219 USA
联系人(CONTACT PERSON): EASTERN H.G.
税号（TAX ID）: 26-2852142
电话(TEL): +1(212)947-4846

卖方(SELLER): XIAMEN ITG GROUP CORP., LTD
地址(ADDRESS): 8-18F, GUOMAO BUILDING, HUBIN SOUTH ROAD, XIAMEN CITY, CHINA
联系人(CONTACT PERSON): 柏卫民/沈良燕
电话(TEL): +86-13065585718

1、兹经买卖双方同意成交下列商品订立条款如下：
It's agreed by bothe parties to trade the following commodities with the following terms:

| 货物名称 Description | Our Reference No. | Container # | Quantity (KGS) Per Container | Total Quantity (KGS) | Unit Price | Amount |
|---|---|---|---|---|---|---|
| RAYON SPANDEX, 克重(Weight):145克/平方米 (145g/square meter), 4.31米/公斤 (4.31m/kg) 门幅(Width):160厘米(160cm), 成分(Composition):96%人棉,4%氨纶 (96%rayon, 4%spandex) | | | 24,000KG/40"HQ | 3 containers of 40"HQ | LDP Mexico City, Mexico Pantaco Via prot of MANZANLLIO or LAZARO CARDENAS. | USD |
| NEGRO | | C#RY1067-1069 | 6000 | 18000 | $ 6.290 | $113,220.00 |
| MARINO | | C#RY1067-1069 | 1800 | 5400 | $ 6.290 | $33,966.00 |
| HUESO | | C#RY1067-1069 | 3000 | 9000 | $ 6.290 | $56,610.00 |
| BLANCO | | C#RY1067-1069 | 1200 | 3600 | $ 6.290 | $22,644.00 |
| ROJO | | C#RY1067-1069 | 2400 | 7200 | $ 6.290 | $45,288.00 |
| REY | | C#RY1067-1069 | 2400 | 7200 | $ 6.290 | $45,288.00 |
| CORAL | | C#RY1067-1069 | 1800 | 5400 | $ 6.290 | $33,966.00 |
| FIUSHA | | C#RY1067-1069 | 1800 | 5400 | $ 6.290 | $33,966.00 |
| JADE | | C#RY1067-1069 | 1200 | 3600 | $ 6.290 | $22,644.00 |
| JASPE PERLA | | C#RY1067-1069 | 1800 | 5400 | $ 6.290 | $33,966.00 |
| JASPE AVENA | | C#RY1067-1069 | 600 | 1800 | $ 6.290 | $11,322.00 |
| Total | | | | 72000 | | $452,880.00 |

2、交货地点及时间 (PLACE & DATE OF DELIVERY):
LDP MEXICO CITY, MEXICO via port of MANZANLLIO or LAZARO CARDENAS.
C#RY1067-RY1069必须在2017年7月15日前离开中国口岸。
The containers of C#RY1067-RY1069 must depart form any port of CHINA before Jul.15th, 2017.

3、运费 (FREIGHT CHARGE TERMS):
预付运费到达目的港：墨西哥城 (PREPAID TO MEXICO CITY, MEXICO)
LDP The guest warehouse, customs clearance fee and customs duties are paid by XIAMEN ITG GROUP CORP., LTD

4、包装 (PACKING): 用塑料袋（最好中间有小孔镂空）包装，每卷两侧贴标签，标识的重量和米数按照4.31米/公斤计算。
SEAL WITH PLASTIC AND LABEL FOR BOTH SIDE OF THE EACH ROLL. COUNT 4.31M/KG TO MARK ON THE LABEL.

5、文件要求 (DOCUMENTS REQUIREMENTS):
每个货柜需要单独的商业发票，装箱单和提单
EACH CONTAINER HAS TO COME WITH INDIVIDUAL COMMERCIAL INVOICE, PACKING LIST AND BILL OF LADING.

6、付款条件 (TERMS OF PAYMENT):
OA 180days.

7、数量(QTY):
72,000 kilograms
ALLOWANCE +/-5% MORE OR LESS OF QUANTITIES

8、Any claim should be lodged by the buyers within 10days after having discharged the goods at the port of destination.
After garments cutting no claim.

9、Arbitration: Any dispute, controversy or claim arising out of or relating to this contract, or the breach, termination or invalidity thereof, shall be settled amicably through negotiation. In case no settlement can be reached between the two parties, the case shall be submitted for arbitration to China International Economic and Trade Arbitration Commission in Beijing in accordance with its Arbitration Rules. The tribunal shall be composed of three arbitrators. Each party shall nominate one arbitrator and jointly nominate the third arbitrator who shall act as the presiding arbitrator. Where the parties have failed to nominate the third arbitrator, the third arbitrator shall be appointed by the chairman of CIETAC. The presiding arbitrator shall not be a lawyer in practice. The arbitrary award shall be accepted as final and binding upon both parties. The arbitration fee shall be borne by the losing party.

10、PI and order after sign no cancellance, if buyer cancel should pay all Seller's cost, if Seller cancel are same.

11、Notice
Any notice under this agreement must be in writing by registered email as following:
Buyer's email "fengxu88888@gmail.com"
Seller's: email: mujia82639 <mujia82639@aliyun.com>; downy <downy@itg.com.cn>; 964895151@qq.com

买方签章                                            卖方签章
BUYER'S SIGNATURE                                   SELLER'S SIGNATURE

ISSUER:
XIAMEN ITG GROUP CORP., LTD
8-18F, GUOMAO BUILDING, HUBIN SOUTH ROAD,
XIAMEN, CHINA ZIP CODE: 361000
TAX ID: 91350200155005439S
TEL/FAX:0592-5161888

# COMMERCIAL INVOICE

TO:
PEACE BIRD TRADING CORP.
1441 67TH ST APT 1B BROOKLYN, NY 11219
UNITED STATES OF AMERICA
TEL:212-947-4846
E-MAIL:FENGXU88888@GMAIL.COM,
A.BALCAZAR18@HOTMAIL.COM
TAX:26-2852142

| INVOICE NO.: 17360YFM08AB | DATE: JUL. 4, 2017 |
|---|---|
| S/C NO: | NLF20170220 |

TRANSPORT DETAILS:
FROM NINGBO, CHINA TO MEXICO CITY, MEXICO

TERMS OF PAYMENT:
OA 180 DAYS

| MARKS & NO. | DESCRIPTION | QUANTITY (KGS) | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | FABRICS-TEXTILE | | LDP MEXICO CITY,MEXICO | |
| C#RY1068 | RAYON SPANDEX<br>WEIGHT:145GSM<br>WIDTH:160CM,<br>COMPOSITION:96%RAYON, 4%SPANDEX | 22765.60KGS | USD6.29/KG | US$143,195.62 |
| TOTAL: | PACKAGE: 1000 ROLLS | 22765.60KGS<br>G.W.:23000 KGS | | US$143,195.62<br>N.W.: 22765.6 KGS |

SAY U.S. DOLLARS ONE HUNDRED AND FORTY THREE THOUSAND ONE HUNDRED AND NINETY FIVE AND CENTS SIXTY ONLY

VESSEL NAME &VOYAGE NO.:   NORTHERN JUPITER V.004
DATE OF SHIPMENT:          JUL. 07, 2017

厦门国贸集团股份有限公司
XIAMEN ITG GROUP CORP., LTD.



ISSUER:
XIAMEN ITG GROUP CORP., LTD
3-18F, GUOMAO BUILDING, HUBIN SOUTH ROAD,
XIAMEN, CHINA ZIP CODE: 361000
TAX ID: 91350200155005439S
TEL/FAX:0592-5161888

# COMMERCIAL INVOICE

TO:
JACF IMPORTACIONES S.A. DE C.V.
CALLE PLAZA BUENAVISTA NUMERO 2 INTERIOR 304-305,
COLONIA BUENAVISTA DELEGACION CUAUHTEMOC, C.P. 06350 MEXICO D.F.
R.F.C.: JIM150410 7KA
ATTN: JOSE SALAZAR +52(55) 4356 3220
JACFIMPORT@OUTLOOK.COM

| INVOICE NO.: 17357YFM08Y | DATE: JUN.30, 2017 |
|---|---|
| S/C NO: | NLF20170220 |

TRANSPORT DETAILS:
FROM NINGBO, CHINA TO MEXICO CITY, MEXICO

TERMS OF PAYMENT:
OA 180 DAYS

| MARKS & NO. | DESCRIPTION | QUANTITY(KGS) | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | FABRICS-TEXTILE | LDP MEXICO CITY, MEXICO | | |
| C#RY1069 | RAYON SPANDEX WEIGHT:145GSM WIDTH:160CM COMPOSITION:96%RAYON, 4%SPANDEX | 22750.00KGS | USD6.29/KG | US$143,097.50 |
| | | 22750.00KGS | | US$143,097.50 |
| TOTAL: | PACKAGE: 1005 ROLLS | G.W.:23000 KGS | | N.W.: 22750 KGS |

SAY U.S. DOLLARS ONE HUNDRED AND FORTY THREE THOUSAND NINETY SEVEN AND CENTS FIFTY ONLY

VESSEL NAME &VOYAGE NO.:    CISNES / 727E
DATE OF SHIPMENT:            JUL.5, 2017



厦门国贸集团股份有限公司
XIAMEN ITG GROUP CORP., LTD.

# PEACE BIRD TRADING CORP
# CONTRACT

**CONTRACT NO: NLF20170514**                                   DATE:MAY.10TH,2017

买方(BUYER):    PEACE BIRD TRADING CORP           卖方(SELLER):   XIAMEN ITG GROUP CORP., LTD
地址(ADDRESS): 1441 67TH ST BROOKLYN, NY 11219 USA    地址(ADDRESS): 8-18F,GUOMAO BUILDING, HUBIN SOUTH ROAD,
联系人(CONTACT PERSON): EASTERN H.G.                              XIAMEN CITY, CHINA
税号（TAX ID): 26-2852142                          联系人(CONTACT PERSON): 柏卫民/沈良燕
电话(TEL):     +1(212)947-4846                    电话(TEL): +86-13065585718

1、兹经买卖双方同意成交下列商品订立条款如下：
   It's agreed by bothe parties to trade the following commodities with the following terms:

| 货物名称Description | Our Reference No. | Container # | Quantity (KGS) Per Container | Total Quantity (KGS) | Unit Price (USD) | Amount |
|---|---|---|---|---|---|---|
| RAYON SPANDEX,克重(Weight):160克/平方米 (160g/square meter),3.91米/公斤(3.91m/kg) 门幅(Width):160厘米(160cm), 成分(Composition):95%人棉, 5%氨纶 (95%rayon, 5%spandex) | | | 40"HQ | 1 containers of 40"HQ | LDP Mexico City, Mexico Pantaco Via prot of MANZANLLIO or LAZARO CARDENAS. | USD |
| AZAFRAN 7511 C | MR | C#AYR055 | 2000 | 2000 | $ 6.620 | 13,240.0 |
| ROSIN 19-0509 TCX | MR | C#AYR055 | 2000 | 2000 | $ 6.620 | 13,240.0 |
| BISTRO GARDEN 19-5408 TCX | MR | C#AYR055 | 2000 | 2000 | $ 6.620 | 13,240.0 |
| DUFFET BAG 19-0415 TCX | MR | C#AYR055 | 2000 | 2000 | $ 6.620 | 13,240.0 |
| FOREST NIGHT 19-0414 TCX | MR | C#AYR055 | 2000 | 2000 | $ 6.620 | 13,240.0 |
| VINO 19-2024 TCX 7644C | MR | C#AYR055 | 3000 | 3000 | $ 6.620 | 19,860.0 |
| GRAPE SHAKE 18-2109 TCX | MR | C#AYR055 | 2000 | 2000 | $ 6.620 | 13,240.0 |
| JESTER TED 19-1862 TCX | MR | C#AYR055 | 4000 | 4000 | $ 6.620 | 26,480.0 |
| PALO DE ROSA 4725 C | MR | C#AYR055 | 3000 | 3000 | $ 6.620 | 19,860.0 |
| Total | | | | 22000 | | 145,640.0 |

2、交货地点及时间（PLACE & DATE OF DELIVERY):
   LDP MEXICO CITY ,MEXICO via port of MANZANLLIO or LAZARO CARDENAS.
   C#AYR055必须在2017年6月10日前离开中国口岸。
   The containers of C#AYR055 must depart form any port of CHINA before Jun.10th,2017.
3、运费（FREIGHT CHARGE TERMS）:
   预付运费到达目的港：墨西哥城（PREPAID TO MEXICO CITY,MEXICO）
   LDP The guest warehouse, customs clearance fee and customs duties are paid by XIAMEN ITG GROUP CORP., LTD
4、包装（PACKING): 用塑料袋（最好中间有小孔镂空）包装，每卷两侧贴标签，标识的重量和米数按照3.91米/公斤计算。
   SEAL WITH PLASTIC AND LABEL FOR BOTH SIDE OF THE EACH ROLL. COUNT 4.31M/KG TO MARK ON THE LABEL.
5、文件要求（DOCUMENTS REQUIREMENTS):
   每个货柜需要单独的商业发票，装箱单和提单
   EACH CONTAINER HAS TO COME WITH INDIVIDUAL COMMERCIAL INVOICE,PACKING LIST AND BILL OF LADING.
6、付款条件（TERMS OF PAYMENT):
   OA 180days.
7、数量(QTY):
   22,000 kilograms
   ALLOWANCE +/-5% MORE OR LESS OF QUANTITIES
8、Any claim should be lodged by the buyers within 10days after having discharged the goods at the port of destination.
   After garments cutting no claim.
9、Arbitration: Any dispute, controversy or claim arising out of or relating to this contract, or the breach, termination or invalidity thereof, shall be settled amicably through negotiation. In case no settlement can be reached between the two parties, the case shall be submitted for arbitration to China International Economic and Trade Arbitration Commission in Beijing in accordance with its Arbitration Rules. The tribunal shall be composed of three arbitrators. Each party shall nominate one arbitrator and jointly nominate the third arbitrator who shall act as the presiding arbitrator. Where the parties have failed to nominate the third arbitrator, the third arbitrator shall be appointed by the chairman of CIETAC. The presiding arbitrator shall not be a lawyer in practice. The arbitrary award shall be accepted as final and binding upon both parties. The arbitration fee shall be borne by the losing party.
10、PI and order after sign no cancellance, if buyer cancel should pay all Seller's cost, if Seller cancel are same.
11、Notice
   Any notice under this agreement must be in writing by registered email as following:
   Buyer's: email "fongxu8888@gmail.com"
   Seller's: email: mubai52639 <mubai52639@aliyun.com>; downy <downy@itg.com.cn>; 964895151@qq.com

买方签章                                            卖方签章
BUYER'S SIGNATURE                                   SELLER'S SIGNATURE

| ISSUER: | | |
|---|---|---|
| XIAMEN ITG GROUP CORP., LTD<br>6-18F, GUOMAO BUILDING, HUBIN SOUTH ROAD,<br>XIAMEN, CHINA ZIP CODE: 361000<br>TAX ID: 913502001550054395<br>TEL/FAX: 0592-5161888 | # COMMERCIAL INVOICE | |
| TO:<br>JACE IMPORTACIONES S.A. DE C.V.<br>CALLE PLAZA BUENAVISTA NUMERO 2 INTERIOR 304 305,<br>COLONIA BUENAVISTA DELEGACION CUAUHTEMOC, C.P. 06350 MEXICO D.F.<br>R.F.C.: JIM150410 7KA<br>ATTN: JOSE SALAZAR +52(55) 1336 3220<br>JACEIMPORT@OUTLOOK.COM | INVOICE NO.: 17358YFM08Z | DATE: JUN. 30, 2017 |
| | S/C NO: | NLF20170514 |
| TRANSPORT DETAILS:<br>FROM NINGBO, CHINA TO MEXICO CITY, MEXICO | TERMS OF PAYMENT:<br>OA 180 DAYS | |

| MARKS & NO. | DESCRIPTION | QUANTITY (KGS) | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | FABRICS-TEXTILE | LDP MEXICO CITY, MEXICO | | |
| C#AYR055 | RAYON SPANDEX<br>WEIGHT: 145GSM<br>WIDTH: 160CM<br>COMPOSITION: 95%RAYON 5%SPANDEX | 22287.30KGS | USD6.62/KG | US$147,541.93 |
| TOTAL: | PACKAGE: 995 ROLLS | 22287.30KGS<br>G.W.:22600 KGS | N.W.: 22287.3 KGS | US$147,541.93 |

SAY U.S. DOLLARS ONE HUNDRED AND FORTY SEVEN THOUSAND FIVE HUNDRED AND FORTY ONE AND CENTS NINETY ONLY

VESSEL NAME &VOYAGE NO.: CISNES / 727E
DATE OF SHIPMENT: JUL. 05, 2017

厦门国贸集团股份有限公司
XIAMEN ITG GROUP CORP., LTD.



# PEACE BIRD TRADING CORP
# CONTRACT

**CONTRACT NO: NLF20170517**                                         DATE:MAY.10TH,2017

买方(BUYER):   PEACE BIRD TRADING CORP                    卖方(SELLER):   XIAMEN ITG GROUP CORP., LTD
地址(ADDRESS): 1441 67TH ST BROOKLYN, NY 11219 USA        地址(ADDRESS): 8-18F,GUOMAO BUILDING, HUBIN SOUTH ROAD,
联系人(CONTACT PERSON): EASTERN H.G.                                      XIAMEN CITY, CHINA
税号（TAX ID): 26-2852142                                 联系人(CONTACT PERSON): 柏卫民/沈良燕
电话(TEL):    +1(212)947-4846                             电话(TEL): +86-13065585718

1、兹经买卖双方同意成交下列商品订立条款如下：
It's agreed by bothe parties to trade the following commodities with the following terms:

| 货物名称Description | Our Reference No. | Container # | Quantity (MTS) Per Container | Total Quantity (KGS) | Unit Price (USD) | Amount |
|---|---|---|---|---|---|---|
| RAYON SPANDEX, 克重(Weight):145克/平方米 (145g/square meter), 4.31米/公斤 (4.31m/kg) 门幅(Width):160厘米(160cm), 成分(Composition):95%人棉,5%氨纶 (95%rayon, 5%spandex) | | | 40"HQ | 6 containers of 40"HQ | LDP Mexico City, Mexico Pantaco Via prot of MANZANLLIO or LAZARO CARDENAS. | USD |
| NEGRO | | C#AYR058-063 | 20000 | 27842 | $ 6.620 | 184,315.5 |
| NAVY BLAZER 19-3923 TCX | | C#AYR058-063 | 10000 | 13921 | $ 6.620 | 92,157.8 |
| VINO 19-2024 TCX | | C#AYR058-063 | 11000 | 15313 | $ 6.620 | 101,373.5 |
| CHILLY PEPPER 19-1557 TCX | | C#AYR058-063 | 3000 | 4176 | $ 6.620 | 27,647.3 |
| ROSIN 19-0509 TCX | | C#AYR058-063 | 11000 | 15313 | $ 6.620 | 101,373.5 |
| YELLOW 15-0850 TCX | | C#AYR058-063 | 4000 | 5568 | $ 6.620 | 36,863.1 |
| MAUVE | | C#AYR058-063 | 7000 | 9745 | $ 6.620 | 64,510.4 |
| AMPHORA | | C#AYR058-063 | 5000 | 6961 | $ 6.620 | 46,078.9 |
| NHISPER WHITE 11-0701 TCX | | C#AYR058-063 | 15000 | 20882 | $ 6.620 | 138,236.7 |
| SURF THE BEB 19-3952 TCX | | C#AYR058-063 | 3000 | 4176 | $ 6.620 | 27,647.3 |
| TEABERRY 18-1856 TCX | | C#AYR058-063 | 3000 | 4176 | $ 6.620 | 27,647.3 |
| CABARET 18-2140 TCX | | C#AYR058-063 | 3000 | 4176 | $ 6.620 | 27,647.3 |
| Total | | | | 132251 | | 875,498.8 |

2、交货地点及时间（PLACE & DATE OF DELIVERY):
LDP MEXICO CITY ,MEXICO via port of MANZANLLIO or LAZARO CARDENAS.
C#AYR058/059/060必须在2017年6月30日前离开中国口岸，C#AYR061/062/063必须在2017年7月30日前离开中国口岸。
The containers of C#AYR058/059/060 must depart form any port of CHINA before Jun.30th,2017.
The containers of C#AYR061/062/063 must depart form any port of CHINA before Jul.30th,2017.

3、运费（FREIGHT CHARGE TERMS)
预付运费到达目的港：墨西哥城（PREPAID TO MEXICO CITY,MEXICO）
LDP The guest warehouse, customs clearance fee and customs duties are paid by XIAMEN ITG GROUP CORP., LTD

4、包装（PACKING): 用塑料袋（最好中间有小孔镂空）包装，每卷两侧贴标签，标识的重量和米数按照4.31米/公斤计算。
SEAL WITH PLASTIC AND LABEL FOR BOTH SIDE OF THE EACH ROLL. COUNT 4.31M/KG TO MARK ON THE LABEL.

5、文件要求（DOCUMENTS REQUIREMENTS):
每个货柜需要单独的商业发票，装箱单和提单
EACH CONTAINER HAS TO COME WITH INDIVIDUAL COMMERCIAL INVOICE,PACKING LIST AND BILL OF LADING.

6、付款条件（TERMS OF PAYMENT):
OA 180days.

7、数量(QTY):
132,251 kilograms
ALLOWANCE +/-5% MORE OR LESS OF QUANTITIES

8、Any claim should be lodged by the buyers within 10days after having discharged the goods at the port of destination.
After garments cutting no claim.

9、Arbitration: Any dispute, controversy or claim arising out of or relating to this contract, or the breach, termination or invalidity thereof, shall be settled amicably through negotiation. In case no settlement can be reached between the two parties, the case shall be submitted for arbitration to China International Economic and Trade Arbitration Commission in Beijing in accordance with its Arbitration Rules. The tribunal shall be composed of three arbitrators. Each party shall nominate one arbitrator and jointly nominate the third arbitrator who shall act as the presiding arbitrator. Where the parties have failed to nominate the third arbitrator, the third arbitrator shall be appointed by the chairman of CIETAC. The presiding arbitrator shall not be a lawyer in practice. The arbitrary award shall be accepted as final and binding upon both parties. The arbitration fee shall be borne by the losing party.

10、PI and order after signing no cancellance. if buyer cancel should pay all Seller's cost, if Seller cancel are same.
11、Notice
Any notice under this agreement must be in writing by registered email as following:
Buyer's email:
Seller's email: qubai52639 <qubai52639@aliyun.com>; downy <downy@itg.com.cn>; 964895151@qq.com

买方签章                                                                     卖方签章
BUYER'S SIGNATURE                                                            SELLER'S SIGNATURE

ISSUER:
XIAMEN ITG GROUP CORP., LTD
4-18F, GUOMAO BUILDING, HUBIN SOUTH ROAD,
XIAMEN, CHINA ZIP CODE: 361000
TAX ID: 91350200155905439X
TEL/FAX: 0592-5161888

# COMMERCIAL INVOICE

TO:
LACE IMPORTACIONES S.A. DE C.V.
CALLE PLAZA BUENAVISTA NUMERO 2 INTERIOR 304-305,
COLONIA BUENAVISTA DELEGACION CUAUHTEMOC, C.P. 06350 MEXICO D.F.
R.F.C.: JIM150410 7KA
ATTN: JOSE SALAZAR +52(55) 1336 3220
LACEIMPORT@OUTLOOK.COM

| INVOICE NO.: 17359YFM08AA | DATE: JUN. 29, 2017 |
|---|---|
| S/C NO: | NLF20170517 |

TRANSPORT DETAILS:
FROM NINGBO, CHINA TO MEXICO CITY, MEXICO

TERMS OF PAYMENT:
OA 180 DAYS

| MARKS & NO. | DESCRIPTION | QUANTITY (KGS) | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | FABRICS-TEXTILE | LDP MEXICO CITY, MEXICO | | |
| C#AYR058 | RAYON SPANDEX<br>WEIGHT: 145GSM<br>WIDTH: 160CM<br>COMPOSITION: 95%RAYON 5%SPANDEX | 22633.20KGS | USD6.62/KG | US$149,831.78 |
| TOTAL: | PACKAGE: 1010 ROLLS | 22633.20KGS<br>G.W.: 23000 KGS | N.W.: 22633.2 KGS | US$149,831.78 |

SAY U.S. DOLLARS ONE HUNDRED AND FORTY NINE THOUSAND EIGHT HUNDRED AND THIRTY ONE AND CENTS EIGHTY ONLY

VESSEL NAME &VOYAGE NO.:   CMA CGM MEKONG / 726E
DATE OF SHIPMENT:          JUL. 02, 2017



厦门国贸集团股份有限公司
XIAMEN ITG GROUP CORP., LTD.

# PEACE BIRD TRADING CORP
## CONTRACT

CONTRACT NO: NLF20170520                                           DATE: MAY 10TH, 2017

买方(BUYER): PEACE BIRD TRADING CORP  卖方(SELLER): XIAMEN ITG GROUP CORP., LTD
地址(ADDRESS): 1441 67TH ST BROOKLYN, NY 11219 USA   地址(ADDRESS): 8-18F, GUOMAO BUILDING, HUBIN SOUTH ROAD, XIAMEN CITY, CHINA
联系人(CONTACT PERSON): EASTERN H G.
税号(FAX ID):   36-2952192
电话(TEL):   +1(212)947-4846      联系人(CONTACT PERSON): 柏??/沈良燕
                                   电话(TEL): +86-13065585718

1、兹经买卖双方同意成交下列商品订立条款如下：
   It's agreed by bothe parties to trade the following commodities with the following terms:

| 货物名称 Description | Our Reference No. | Container # | Quantity (KGS) Per Container | Total Quantity (KGS) | Unit Price (USD) | Amount |
|---|---|---|---|---|---|---|
| RAYON SPANDEX, 克重(weight): 145克/平方米 (145g square meter), 4.31米/公斤(4.31m/kg), 幅宽(width): 160厘米(160cm). 成分(composition): 96% 人棉, 4% 氨纶 (96% rayon, 4% spandex) | | | 40"HQ | 1 containers of 40"HQ | LDP Mexico City, Mexico Pantaco Via prot of MANZANLLIO or LAZARO CARDENAS | USD |
| NEGRO | | C#RY1096 | 24000 | 24000 | $ 6.290 | 150,960.0 |
| Total | | | | 24000 | | 150,960.0 |

2、交货地点及时间（PLACE & DATE OF DELIVERY）：
   LDP MEXICO CITY, MEXICO via port of MANZANLLIO or LAZARO CARDENAS
   C#RY1096必须在2017年9月30日前离开中国口岸。
   The containers of C#RY1096 must depart form any port of CHINA before Sep.30th, 2017.

3、运费（FREIGHT CHARGE TERMS）：
   预付运费到达目的港：墨西哥城（PREPAID TO MEXICO CITY, MEXICO）
   LDP The guest warehouse, customs clearance fee and customs duties are paid by XIAMEN ITG GROUP CORP., LTD

4、包装（PACKING): 用塑料袋（最好中间有小孔镂空）包装，每卷两侧贴标签，标识的重量和米数按照4.31米/公斤计算。
   SEAL WITH PLASTIC AND LABEL FOR BOTH SIDE OF THE EACH ROLL. COUNT 4.31M/KG TO MARK ON THE LABEL.

5、文件要求（DOCUMENTS REQUIREMENTS):
   每个货柜需要单独的商业发票，装箱单和提单.
   EACH CONTAINER HAS TO COME WITH INDIVIDUAL COMMERCIAL INVOICE, PACKING LIST AND BILL OF LADING.

6、付款条件（TERMS OF PAYMENT):
   OA 180days

7、数量(QTY):
   24,000 kilograms
   ALLOWANCE +/-5% MORE OR LESS OF QUANTITIES

8、Any claim should be lodged by the buyers within 10days after having discharged the goods at the port of destination. After garments cutting no claim.

9、Arbitration. Any dispute, controversy or claim arising out of or relating to this contract, or the breach, termination or invalidity thereof, shall be settled amicably through negotiation. In case no settlement can be reached between the two parties, the case shall be submitted for arbitration to China International Economic and Trade Arbitration Commission in Beijing in accordance with its Arbitration Rules. The tribunal shall be composed of three arbitrators. Each party shall nominate one arbitrator and jointly nominate the third arbitrator who shall act as the presiding arbitrator. Where the parties have failed to nominate the third arbitrator, the third arbitrator shall be appointed by the chairman of CIETAC. The presiding arbitrator shall not be a lawyer in practice. The arbitrary award shall be accepted as final and binding upon both parties. The arbitration fee shall be borne by the losing party.

10、PI and order after sign no cancellance, if buyer cancel should pay all Seller's cost, if Seller cancel are same.

11、Notice
   Any notice under this agreement must be in writing by registered email as following:
   Buyer's email
   Seller's email: muba12689.??,bpj52639@aliyun.com>; downy <downy@itg.com.cn>; 961895151@qq.com

买方签字                                 SELLER'S SIGNATURE
BUYER'S SIGNATURE

LDP

ISSUER:
XIAMEN ITG GROUP CORP., LTD
3-18F,GUOMAO BUILDING, HUBIN SOUTH ROAD,
XIAMEN, CHINA ZIP CODE: 361000
TAX ID: 91350200155005439S
TEL/FAX:0592-5161888

TO:
PEACE BIRD TRADING CORP.
1141 67TH ST APT 1B BROOKLYN, NY 11219
UNITED STATES OF AMERICA
TEL:212 947-4846
E-MAIL:FENGXUE8888@GMAIL.COM,
A_BALCAZAR18@HOTMAIL.COM
FAX:26 2352142

TRANSPORT DETAILS:
FROM NINGBO,CHINA TO MEXICO CITY,MEXICO

# COMMERCIAL INVOICE

INVOICE NO.: 17361YFM08AC    DATE: JUL.3, 2017

S/C NO:    NLF20170520

TERMS OF PAYMENT:
OA 180 DAYS

| MARKS & NO. | DESCRIPTION | QUANTITY(KGS) | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
|  | FABRICS-TEXTILE | LDP MEXICO CITY,MEXICO | | |
| C#RY1096 | RAYON SPANDEX WEIGHT:145GSM WIDTH:160CM, COMPOSITION:96%RAYON, 4%SPANDEX | 22959.10KGS | USD6.29/KG | US$144,412.74 |
| TOTAL: | PACKAGE: 971 ROLLS | 22959.10KGS G.W.:23270 KGS | N.W.: 22959.1 KGS | US$144,412.74 |

SAY U.S. DOLLARS ONE HUNDRED AND FORTY FOUR THOUSAND FOUR HUNDRED AND TWELVE AND CENTS SEVENTY ONLY

VESSEL NAME &VOYAGE NO.:    NORTHERN JUPITER V.004
DATE OF SHIPMENT:           JUL.07,2017



厦门国贸集团股份有限公司
XIAMEN ITG GROUP CORP., LTD.

# PEACE BIRD TRADING CORP
## CONTRACT

**CONTRACT NO: NLF20170706**　　　　　　　　　　　　　　　　　　DATE:MAY.10TH,2017

买方(BUYER):　PEACE BIRD TRADING CORP　　　　　卖方(SELLER):　XIAMEN ITG GROUP CORP., LTD
地址(ADDRESS): 1441 67TH ST BROOKLYN, NY 11219 USA　　地址(ADDRESS): 8-18F,GUOMAO BUILDING, HUBIN SOUTH ROAD,
联系人(CONTACT PERSON): EASTERN H.G.　　　　　　　　　　　　　　　　XIAMEN CITY, CHINA
税号（TAX ID）:　26-2852142　　　　　　　　　　联系人(CONTACT PERSON): 柏卫民/沈良燕
电话(TEL):　+1(212)947-4846　　　　　　　　　0 电话(TEL): +86-13065585718

1、兹经买卖双方同意成交下列商品订立条款如下:
　　It's agreed by bothe parties to trade the following commodities with the following terms:

| 货物名称Description | Our Reference No. | Container # | Quantity (KGS) Per Container | Total Quantity (KGS) | Unit Price (USD) | Amount |
|---|---|---|---|---|---|---|
| RAYON SPANDEX, 克重(Weight):145克/平方米(145g/square meter),4.31米/公斤(4.31m/kg) 门幅(Width):160厘米(160cm), 成分(Composition):96%人棉, 4%氨纶(95%rayon, 5%spandex) | | | 40"HQ | 1 containers of 40"HQ | LDP Mexico City, Mexico Pantaco Via prot of MANZANLLIO or LAZARO CARDENAS. | USD |
| 具体颜色及数量待定 | | C#AYR068 | 24000 | 24000 | $ 6.290 | 150,960.0 |
| Total | | | | 24000 | | 150,960.0 |

2、交货地点及时间（PLACE & DATE OF DELIVERY）:
　　LDP MEXICO CITY ,MEXICO via port of MANZANLLIO or LAZARO CARDENAS.
　　C#AYR068必须在2017年9月30日前离开中国口岸。
　　The containers of C#RY1096 must depart form any port of CHINA before Sep.30th,2017.
3、运费（FREIGHT CHARGE TERMS）:
　　预付运费到达目的港：墨西哥城（PREPAID TO MEXICO CITY,MEXICO）
　　LDP The guest warehouse, customs clearance fee and customs duties are paid by XIAMEN ITG GROUP CORP., LTD
4、包装（PACKING）:用塑料袋（最好中间有小孔镂空）包装，每卷两侧贴标签，标识的重量和米数按照4.31米/公斤计算。
　　SEAL WITH PLASTIC AND LABEL FOR BOTH SIDE OF THE EACH ROLL. COUNT 4.31M/KG TO MARK ON THE LABEL.
5、文件要求（DOCUMENTS REQUIREMENTS）:
　　每个货柜需要单独的商业发票，装箱单和提单
　　EACH CONTAINER HAS TO COME WITH INDIVIDUAL COMMERCIAL INVOICE,PACKING LIST AND BILL OF LADING.
6、付款条件（TERMS OF PAYMENT）:
　　OA 180days.
7、数量(QTY):
　　24,000 kilograms
　　ALLOWANCE +/-5% MORE OR LESS OF QUANTITIES
8、Any claim should be lodged by the buyers within 10days after having discharged the goods at the port of destination.
　　After garments cutting no claim.
9、Arbitration: Any dispute, controversy or claim arising out of or relating to this contract, or the breach, termination or invalidity thereof, shall be settled amicably through negotiation. In case no settlement can be reached between the two parties, the case shall be submitted for arbitration to China International Economic and Trade Arbitration Commission in Beijing in accordance with its Arbitration Rules. The tribunal shall be composed of three arbitrators. Each party shall nominate one arbitrator and jointly nominate the third arbitrator who shall act as the presiding arbitrator. Where the parties have failed to nominate the third arbitrator, the third arbitrator shall be appointed by the chairman of CIETAC. The presiding arbitrator shall not be a lawyer in practice. The arbitrary award shall be accepted as final and binding upon both parties. The arbitration fee shall be borne by the losing party.
10、PI and order after sign no cancellance, if buyer cancel should pay all Seller's cost, if Seller cancel are same.
11、Notice
　　Any notice under this agreement must be in writing by registered email as following:
　　Buyer's: email
　　Seller's: email; mubai52639 <mubai52639@aliyun.com>; downy <downy@itg.com.cn>; 964895151@qq.com

买方签章　　　　　　　　　　　　　　　　　　　　　卖方签章
BUYER'S SIGNATURE　　　　　　　　　　　　　　　　SELLER'S SIGNATURE



Case 1:21-cv-00535-WFK-VMS   Document 1-4   Filed 02/01/21   Page 18 of 20 PageID #: 29

ISSUER:
XIAMEN ITG GROUP CORP., LTD
5-18F, GUOMAO BUILDING, HUBIN SOUTH ROAD,
XIAMEN, CHINA ZIP CODE: 361000
TAX ID: 91350200155005439S
TEL/FAX: 0592 5161888

# COMMERCIAL INVOICE

TO:
PEACE BIRD TRADING CORP.
441 67TH ST APT 1B BROOKLYN, NY 11219
UNITED STATES OF AMERICA
TEL: 212 947-4846
E-MAIL: FENGXU88888@GMAIL.COM,
L.BALCAZAR48@HOTMAIL.COM
FAX: 26-2852142

| INVOICE NO.: | 17364YPM08AF | DATE: JUL. 11, 2017 |
|---|---|---|
| S/C NO: | | NLF20170706 |

TRANSPORT DETAILS:
FROM NINGBO, CHINA TO MEXICO CITY, MEXICO

TERMS OF PAYMENT:
OA 180 DAYS

| MARKS & NO. | DESCRIPTION | QUANTITY(KGS) | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| C#AYR068 | FABRICS-TEXTILE<br>RAYON SPANDEX<br>WEIGHT: 145GSM<br>WIDTH: 160CM,<br>COMPOSITION: 96%RAYON, 4%SPANDEX | LDP MEXICO CITY, MEXICO<br>22431.70KGS | USD6.29/KG | US$141,095.39 |
| TOTAL: | PACKAGE: 998 ROLLS | 22431.70KGS<br>G.W.: 22700 KGS | | US$141,095.39<br>N.W.: 22431.7 KGS |

SAY U.S. DOLLARS ONE HUNDRED AND FORTY ONE THOUSAND NINETY FIVE AND CENTS FORTY ONLY

VESSEL NAME & VOYAGE NO.:   SAN FELIPE  V.728E
DATE OF SHIPMENT:   JUL. 14, 2017

厦门国贸集团股份有限公司
XIAMEN ITG GROUP CORP., LTD.



# PEACE BIRD TRADING CORP
# CONTRACT

**CONTRACT NO: NLF20170620**

DATE: JUN.25TH, 2017

买方(BUYER): PEACE BIRD TRADING CORP
地址(ADDRESS): 1441 67TH ST BROOKLYN, NY 11219 USA
电话(TEL): +1(646)919-6559

卖方(SELL): XIAMEN ITG GROUP CORP., LTD
地址(ADD): 8-18F, GUOMAO BUILDING, HUBIN SOUTH ROAD, XIAMEN CITY, CHINA
联系人(CONTACT PERSON): 柏卫民/沈良燕
电话(TEL): +86-13065585718

1、兹经买卖双方同意成交下列商品订立条款如下:
It's agreed by bothe parties to trade the following commodities with the following terms:

| 货物名称 Description | Our Reference No. | Container # | Quantity (MTS) | Total Quantity (KGS) | Unit Price (USD) | Amount |
|---|---|---|---|---|---|---|
| RAYON SPANDEX, 克重(Weight):145克/平方米 (145g/square meter), 4.31米/公斤(4.31m/kg) 门幅(Width):160厘米(160cm), 成分(Composition):96%人棉,4%氨纶 (96%rayon, 4%spandex) | | | 40"HQ | 6 containers of 40"HQ | LDP Mexico City, Mexico Pantaco Via prot of MANZANLLIO or LAZARO CARDENAS | USD |
| HEARTS 9006/BLANCO 19-3920 TCX | MIRO | C#AYR069-P | 8800 | 2042 | $ 7.700 | 15,721.6 |
| HEARTS 9006/HUESO 19-1725 TCX | MIRO | C#AYR069-P | 8800 | 2042 | $ 7.700 | 15,721.6 |
| STARS 9006/BLANCO 19-4008 TCX | MIRO | C#AYR069-P | 8800 | 2042 | $ 7.700 | 15,721.6 |
| STARS 9006/19-408 TCX SEGUN MUESTRA | MIRO | C#AYR069-P | 8800 | 2042 | $ 7.700 | 15,721.6 |
| BIRDS 9006/19-4008 TCX BLANCO | MIRO | C#AYR069-P | 8800 | 2042 | $ 7.700 | 15,721.6 |
| BIRDS 9006/BLANCO 16-1511 TCX | MIRO | C#AYR069-P | 8800 | 2042 | $ 7.700 | 15,721.6 |
| IVORY FLOWERS 9010 | MIRO | C#AYR069-P | 6200 | 1439 | $ 7.700 | 11,076.6 |
| BLACK FLOWERS 9010 | MIRO | C#AYR069-P | 6200 | 1439 | $ 7.700 | 11,076.6 |
| BLANCO SOLID | MIRO | C#AYR069-P | 8000 | 1856 | $ 7.700 | 14,292.3 |
| GRIS CLARO JASPE SOLID | MIRO | C#AYR069-P | 6000 | 1392 | $ 7.700 | 10,719.3 |
| MARINO SOLID | MIRO | C#AYR069-P | 2000 | 464 | $ 7.700 | 3,573.1 |
| NEGRO SOLID | MIRO | C#AYR069-P | 3000 | 696 | $ 7.700 | 5,359.6 |
| Total | | | | 19536 | | 150,426.9 |

2、交货地点及时间（PLACE & DATE OF DELIVERY）:
LDP MEXICO CITY, MEXICO via port of MANZANLLIO or LAZARO CARDENAS.
C#AYR069必须在2017年月20日前离开中国口岸.
The containers of C#AYR069 must depart form any port of CHINA before Jul.20th, 2017.

3、运费（FREIGHT CHARGE TERMS）:
预付运费到达目的港: 墨西哥城 (PREPAID TO MEXICO CITY, MEXICO)
LDP The guest warehouse, customs clearance fee and customs duties are paid by XIAMEN ITG GROUP CORP., LTD

4、包装（PACKING）: 用塑料袋（最好中间有小孔镂空）包装，每卷两侧贴标签，标识的重量和米数按照4.31米/公斤计算。
SEAL WITH PLASTIC AND LABEL FOR BOTH SIDE OF THE EACH ROLL. COUNT 4.31M/KG TO MARK ON THE LABEL.

5、文件要求（DOCUMENTS REQUIREMENTS）:
每个货柜需要单独的商业发票，装箱单和提单
EACH CONTAINER HAS TO COME WITH INDIVIDUAL COMMERCIAL INVOICE, PACKING LIST AND BILL OF LADING.

6、付款条件（TERMS OF PAYMENT）:
OA 180days.

7、数量(QTY):
132,251 kilograms
ALLOWANCE +/-5% MORE OR LESS OF QUANTITIES

8、Any claim should be lodged by the buyers within 10days after having discharged the goods at the port of destination. After garments cutting no claim.

9、Arbitration: Any dispute, controversy or claim arising out of or relating to this contract, or the breach, termination or invalidity be settled amicably through negotiation. In case no settlement can be reached between the two parties, the case shall be submitted arbitration to China International Economic and Trade Arbitration Commission in Beijing in accordance with its Arbitration Rules. The shall be composed of three arbitrators. Each party shall nominate one arbitrator and jointly nominate the third arbitrator who shall act presiding arbitrator. Where the parties have failed to nominate the third arbitrator, the third arbitrator shall be appointed by the of CIETAC. The presiding arbitrator shall not be a lawyer in practice. The arbitrary award shall be accepted as final and binding upon parties. The arbitration fee shall be borne by the losing party.

10、PI and order after sign no cancellance, if buyer cancel should pay all Seller's cost, if Seller cancel are same.

11、Notice:
Any notice under this agreement must be in writing by registered email as following:
Buyer's email "tonyxu8888@gmail.com".
Seller's email: mubai52639 <mubai52639@aliyun.com>; downy <downy@itg.com.cn>; 964895151@qq.com

买方签章
BUYER'S SIGNATURE

卖方签章
SELLER'S SIGNATURE

| ISSUER: XIAMEN ITG GROUP CORP., LTD<br>S 18F, GUOMAO BUILDING, HUBIN SOUTH ROAD,<br>XIAMEN, CHINA ZIP CODE: 361000<br>TAX ID: 91350200155005439S<br>TEL/FAX: 0592-5161888 | COMMERCIAL INVOICE | |
|---|---|---|
| TO:<br>PEACE BIRD TRADING CORP.<br>1441 67TH ST APT 1B BROOKLYN, NY 11219<br>UNITED STATES OF AMERICA<br>TEL: 212-947-4846<br>E-MAIL: FENGXU88888@GMAIL.COM<br>A.BALCAZAR18@HOTMAIL.COM<br>FAX: 26-2852142 | INVOICE NO.: 17457YFM99AM08AG | DATE: JUL. 23, 2017 |
| | S/C NO: NLF20170706&NLF20170620 | |
| TRANSPORT DETAILS:<br>FROM NINGBO, CHINA TO LAZARO CARDENAS, MEXICO | TERMS OF PAYMENT:<br>OA 180 DAYS | |

| MARKS & NO. | DESCRIPTION | QUANTITY (KGS) | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | FABRICS-TEXTILE | LDP LAZARO CARDENAS, MEXICO | | |
| C#AYR069-P | RAYON SPANDEX<br>WEIGHT: 145GSM<br>WIDTH: 160CM,<br>COMPOSITION: 96%RAYON, 4%SPANDEX | 15966.90KGS | USD7.70/KG | US$122,945.13 |
| C#WD001-1 | WOOL DOBBY<br>WEIGHT: 110GSM<br>WIDTH: 150CM,<br>COMPOSITION: 100%POLYESTER | 32120.70MTS | USD1.43/M | US$45,932.60 |
| TOTAL: | PACKAGE: 994 ROLLS | G.W.: 21500 KGS | N.W.: 21266.9 KGS | US$168,877.73 |

SAY U.S. DOLLARS ONE HUNDRED AND SIXTY EIGHT THOUSAND EIGHT HUNDRED AND SEVENTY SEVEN AND CENTS SEVENTY ONLY

VESSEL NAME & VOYAGE NO.: EVER UNIFIC 0221/129E
DATE OF SHIPMENT: JUL. 27, 2017



厦门国贸集团股份有限公司
XIAMEN ITG GROUP CORP., LTD