UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| XIAMEN ITG GROUP CORP., LTD., | Civil Action No.  21-cv-00535 |
| Plaintiff, | |
| -against- | |
| PEACE BIRD TRADING CORP., | |
| Defendant. | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the firm of Archer & Greiner, P.C., hereby appears in the above-captioned case for Defendant, Peace Bird Trading Corp., and requests that all notices and all papers served or required to be served in this case be given to and served upon the following:

Michael S. Horn, Esq.
**ARCHER & GREINER, P.C.**
1211 Avenue of the Americas
Suite 2750
New York, NY 10036
Tel. (201) 342-6000
Fax(201) 342-6611
Email: mhorn@archerlaw.com

**ARCHER & GREINER, P.C.**
Attorneys for Defendant, Peace Bird Trading Corp.

By:_____
Michael S. Horn

220448597v1