UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| XIAMEN ITG GROUP CORP., LTD., <br><br> Petitioner, <br><br> -against- <br><br> PEACE BIRD TRADING CORP., <br><br> Respondent. | Civil Action No. 1:21-cv-00535 <br><br><br><br><br> **PROOF OF SERVICE** |

Michael S. Horn, Esq., hereby certifies as follows:

1. I am an attorney-at-law of the State of New York and a member in the firm of Archer & Greiner, P.C., counsel for Defendant Peace Bird Trading Corp. in the within action.

2. On May 26, 2021, I advised Brian Wu of the telephonic motion hearing scheduled by the Court for June 3, 2021 at 3:00 P.M., via e-mail and regular mail. A copy of the May 26, 2021 letter is attached hereto as Exhibit A.

I certify that the foregoing statement made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Michael S. Horn
ARCHER & GREINER, PC,
1211 Avenue of the Americas
Suite 2750
New York, NY 10036
212-682-4940

Dated: May 26, 2021
221226851v1

Exhibit A



**Michael S. Horn**
*Member of New Jersey and New York Bar*
mhorn@archerlaw.com
201-498-8529 (Ext. 7529) Direct
201-342-6611 Direct Fax

Archer & Greiner, P.C.
1211 Avenue of the Americas, Suite 2750
New York, NY 10036
212-682-4940 Main
856-795-0574 Fax
www.archerlaw.com

May 26, 2021

**VIA E-MAIL: BRIANWU75@YAHOO.COM AND REGULAR MAIL**
Brian Wu
New Land Fashion
1410 Broadway
Suite 3288
New York, NY 10018

      Re:    Xiamen ITG Group Corp., LTD. v. Peace Bird Trading Corp.
             Case No. 1:21-cv-00535-WFK-VMS

Dear Mr. Wu:

      Please be advised that the Court has scheduled a telephonic conference for **June 3, 2021 at 3:00 P.M**. before Magistrate Judge Vera M. Scanlon, in connection with the application for us to withdraw as counsel. You are required to be on the call. Please use the following call-in information: Call: 877-336-1829 and type in the access code 3581283 for the AT&T conference bridge.

      Please be guided accordingly.

                                      Very truly yours,

                                      MICHAEL S. HORN

221224263v1

Haddonfield, NJ | Hackensack, NJ | Princeton, NJ | Philadelphia, PA | Harrisburg, PA | Red Bank, NJ | New York, NY | Wilmington, DE