

**Michael S. Horn**
*Member of New Jersey and New York Bar*
mhorn@archerlaw.com
201-498-8529 (Ext. 7529) Direct
201-342-6611 Direct Fax

Archer & Greiner, P.C.
1211 Avenue of the Americas, Suite 2750
New York, NY 10036
212-682-4940 Main
856-795-0574 Fax
www.archerlaw.com

June 21, 2021

**VIA ECF**
Magistrate Judge Vera M. Scanlon
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: Xiamen ITG Group Corp., Ltd. v. Peace Bird Trading Corp.
      Civil Action No. 21-cv-0535

Dear Judge Scanlon:

  Pursuant to Your Honor's Order dated June 19, 2021, the following is the contact information for the principal of Peace Bird Trading Corp.

Brian Wu
1410 Broadway, Suite 3288
New York, NY 10018
Phone: (646) 919-6559
Email: brianwu75@yahoo.com

  We appreciate Your Honor's attention to this matter.

               Respectfully,

               MICHAEL S. HORN

cc: Counsel of Record (via ECF)
  Brian Wu (via email brianwu75@yahoo.com)

221432188v1