# McCarney Law P.C.
29 Broadway
Suite 2700
New York, NY 10006
(212) 797-1338
jmccarney@mccarneylaw.com

August 30, 2021

<u>VIA PACER</u>

Magistrate Judge Vera M. Scanlon
United States District Court
   Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

       Re:  *Xiamen ITG Group Corp. v. Peace Bird Trading Corp.*
            21-cv-535-WFK-VMS

Dear Magistrate Judge Scanlon:

      The parties join in requesting a thirty-day extension of defendant's time to file reply papers on the pending motion to dismiss to September 30, 2021.  We are newly appearing defense counsel and the parties are hopeful after initial discussions that the extension will facilitate a resolution of the matter.

                                   Respectfully,

                                     James G. McCarney

cc via Pacer:  Jean-Claude Mazzola, Esq.
                Ruofei Xiang, Esq.