UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
XIAMEN ITG GROUP CORP. LTD., :
:
Plaintiff, :
v. : **ORDER TO SHOW CAUSE**
: 21-CV-535 (WFK) (VMS)
PEACE BIRD TRADING CORP., :
:
Defendant. :
-------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

On September 9, 2021, the Court granted the joint request of the parties for an extension of time to file the Defendant's fully briefed motion to dismiss. *See* ECF No. 25. The parties were directed to submit the fully briefed motion by September 30, 2021. *Id.* To date, no such motion has been filed.

Therefore, the Court now ORDERS the Defendant to show cause by Friday, April 29, 2022 at 5:00 P.M. why the petition to confirm the arbitral award should not be granted pursuant to 9 U.S.C. § 9.

SO ORDERED.

s/ WFK

HON. WILLIAM F. KUNTZ, II
U.S. DISTRICT JUDGE

Dated: April 12, 2022
      Brooklyn, New York