# MCCARNEY LAW P.C.
29 BROADWAY
SUITE 2700
NEW YORK, NY 10006
(212) 797-1338
jmccarney@mccarneylaw.com

November 30, 2022

*VIA PACER*

Hon. William F. Kunz, II
United States District Court
  Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  *Xiamen ITG Group Corp. v. Peace Bird Trading Corp.*
           21-cv-535-WFK-VMS

Dear Judge Kuntz:

    As requested by Chambers, the parties join in resubmitting for the Court's approval the accompanying letter with attachment which were inadvertently misdirected to Judge Kovner initially.

                             Respectfully,

                             */s/James G. McCarney*

                             James G. McCarney

cc via Pacer w/ encl.:  Jean-Claude Mazzola, Esq.