# M<span style="font-variant:small-caps">c</span>C<span style="font-variant:small-caps">arney</span> L<span style="font-variant:small-caps">aw</span> P.C.
29 B<span style="font-variant:small-caps">roadway</span>
S<span style="font-variant:small-caps">uite</span> 2700
N<span style="font-variant:small-caps">ew</span> Y<span style="font-variant:small-caps">ork</span>, NY 10006
(212) 797-1338
jmccarney@mccarneylaw.com

April 27, 2022

<u>VIA PACER</u>

Hon. Rachel P. Kovner
United States District Court
  Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:  *Xiamen ITG Group Corp. v. Peace Bird Trading Corp.*
             21-cv-535-WFK-VMS

Dear Judge Kovner:

      In response to the Court's April 12, 2022 Order to Show Cause (Dkt. 26), the parties join in requesting that the case be administratively terminated subject to letter application for reopening in order to facilitate a resolution of the matter. The parties have been working toward a mutual resolution during which certain financial and other information has been exchanged and is presently under review. The parties are hopeful that through their continuing discussions the matter may be resolved without the need for further judicial intervention. A related arbitral confirmation case in the District of New Jersey between plaintiff and an affiliate of defendant was recently disposed of in like manner per the enclosed 3/15/22 Order of Magistrate Judge Edward S. Kiel. The parties believe a similar administrative termination of this case would facilitate its resolution.

                                                       Respectfully,

                                                       */s/James G. McCarney*

                                                       James G. McCarney

cc via Pacer w/ encl.:  Jean-Claude Mazzola, Esq.