# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| XIAMEN ITG GROUP CORP. LTD., <br><br> Petitioner, <br><br> v. <br><br> CRYSTAL VOGUE INC., <br><br> Respondent. | Case No. 21–cv–02813–BRM–ESK <br><br> ORDER |

    **THIS MATTER** having come before the Court for a telephone status conference on March 15, 2022; and petitioner's counsel having advised the Court that petitioner is weighing its options relating to this matter; and counsel for the parties having advised the Court that discussions are continuing to resolve this matter; and the Court having entered an order on May 7, 2021 (ECF No. 14) setting forth the procedure for the submission of dispositive motions; and no dispositive motion having been filed pursuant to that procedure; and for good cause appearing,

    **IT IS** on this **15th** day of **March 2022** **ORDERED** that:

    1.    This matter is administratively terminated. Either party may file a letter-application requesting that this matter be reopened.

                                                      */s/ Edward S. Kiel*
                                                      **EDWARD S. KIEL**
                                                      **UNITED STATES MAGISTRATE JUDGE**