UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

XIAMEN ITG GROUP CORP. LTD.,                       :

                                                   :

        Plaintiff,                                 :

        v.                                         :    **ORDER**

                                                   :    21-CV-535 (WFK) (VMS)

PEACE BIRD TRADING CORP.,                           :

                                                   :

        Defendant.                                 :

-------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

        The Court GRANTS the joint request of the parties at ECF No. 28. This action is

hereby administratively terminated subject to letter application for reopening. The Clerk of

Court is respectfully directed to close this case.

**SO ORDERED.**



**s/ WFK**

_____

HON. WILLIAM F. KUNTZ, II
U.S. DISTRICT JUDGE

Dated: December 2, 2022
      Brooklyn, New York